THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY GENE BRYANT**                                                                            **PLAINTIFF**

**v.**                         **Case No. 4:20-cv-00070-KGB-JTR**

**DUB BRASSELL DETENTION CENTER,**
**DARRELL ELKIN, and TURNTINE**                                              **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on April 28, 2020 (Dkt. No. 10). No objections have been filed, and the deadline to do so has since passed. Judge Ray recommends that plaintiff Rickey Gene Bryant be allowed to proceed on his inadequate-medical-care claims against the individual defendants Dr. Darrell Elkin and Nurse Turntine but that the Court dismiss Mr. Bryant's claims against the W.C. "Dub" Brassell Adult Detention Center ("DBDC"). Having carefully reviewed the Partial Recommended Disposition, the applicable legal authorities, and the entire record in this matter, the Court finds no reason to alter or reject Judge Ray's conclusion.

Accordingly, the Court adopts the Partial Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court allows Mr. Bryant to proceed on his inadequate-medical-care claims against Dr. Elkin and Nurse Turntine. The Court dismisses Mr. Bryant's claims against the DBDC. Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 26th day of January, 2021.

Kristine G. Baker
United States District Judge