# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKEY GENE BRYANT                                                         PLAINTIFF

V.                          No. 4:20-CV-00070-KGB-JTR

DUB BRASSELL DETENTION
CENTER, *et al.*                                                          DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On January 16, 2020, Plaintiff Rickey Gene Bryant ("Bryant"), while incarcerated in the Dub Brassell Detention Center, filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights. *Doc. 1*.

On February 20, 2020, Bryant advised the Court that he was being transferred

to Monroe, Louisiana for a parole violation, but he still wanted to pursue this case. *Doc. 7*. The Court changed his address to the Ouachita Correctional Center in Monroe, Louisiana.

On April 28, 2020, the Court issued a Partial Recommended Disposition that: (1) allowed Bryant to proceed with his inadequate medical care claims against Dr. Darrell Elkin and Nurse Turntime; and (2) dismissed, with prejudice, Bryant's claim against the Dub Brassell Detention Center. *Doc. 10*. On January 26, 2021, the Partial Recommended Disposition was adopted by the District Court. *Doc. 12*.

On March 11, 2021, mail sent to Bryant at his address of record, the Ouachita Correctional Center in Monroe, Louisiana, was returned undelivered, with the notation "Not here." *Doc. 14*. Other mail was subsequently returned. *Docs. 15, 16, 18, 19*.

Bryant has not provided the Court with a change of address, even though the Court previously notified him of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 4*. Thus, on March 15, 2021, the Court issued an Order giving Bryant thirty (30) days to update his mailing address and advising him that if failed to comply with the Order, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Doc. 17*.

As of the date of this Recommendation, Bryant has not complied with the

Court's March 15, 20201 Order, and his time to do so has now expired.[1]

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's case be DISMISSED, WITHOUT PREJUDICE, for lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 22nd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Bryant's last communication with the Court occurred over six months ago, when he filed a Motion for Status on August 10, 2020. *Doc. 11*.