THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY GENE BRYANT**                                                                                           **PLAINTIFF**

v.                                    Case No. 4:20-cv-00070-KGB

**DUB BRASSELL DETENTION CENTER,**
**DARRELL ELKIN, and TURNTINE**                                                              **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 23). No party has filed objections, and the time for filing objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Rickey Gene Bryant's complaint for failure to prosecute and certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 9th day of February, 2023.

_____
Kristine G. Baker
United States District Judge